**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6799**

———————————

TROY R. SUTTON,

                                        Plaintiff - Appellant,

        versus

RICHARD WYMER, courtroom bailiff of the Nor-
folk General District courtroom #6,

                                        Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge. (CA-96-205-2)

———————————

Submitted:  October 17, 1996        Decided:  October 24, 1996

———————————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Troy R. Sutton, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sutton v. Wymer, No. CA-96-205-2 (E.D. Va. Apr. 23, 1996). We deny the motion for oral argument and dispense with argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied.

AFFIRMED